IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00312-WDM-MJW

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 68,

    Plaintiff,

v.

ELECTRICAL FORCES, LLC,

    Defendant.

_____

**ORDER STRIKING ANSWER**
_____

    The answer of Electrical Forces LLC is stricken as it is filed by an alleged officer of the corporation and not an attorney authorized to practice law in this court. It is the law of this Circuit that a corporation may appear in this court only by representation of a duly licensed attorney. *Flora Construction Co. v. Fireman's Fund Insurance Co.,* 307 F.2d 413, 414 (10th Cir. 1962); D.C.COLO.LCivR 11.

    Accordingly, the answer (doc. no. 6) is stricken.

    DATED at Denver, Colorado, on April 5, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge